NEW YORK LIFE INSURANCE COMPANY, Appellant, *v.* ETTEL GUTTENPLAN, Respondent.

Argued November 26, 1940; decided December 31, 1940.

*Earl S. MacArthur* and *Louis H. Cooke* for appellant.

*Harry Greenspan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.